Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE T. SIPE, an individual, | ) ) ) | Case No. **CV 07-4896-JFW (RCx)** |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| EMC MORTGAGE INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

   The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

   IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

   1.  Plaintiff Christine T. Sipe shall recover nothing from Defendant EMC Mortgage Corporation (erroneously sued as EMC Mortgage Inc.);

```
 1        2.   Defendant EMC Mortgage Corporation (erroneously sued
 2   as EMC Mortgage Inc.) shall have judgment in its favor on
 3   Plaintiff Christine T. Sipe's entire action; and
 4        3.   Defendant EMC Mortgage Corporation (erroneously sued
 5   as EMC Mortgage Inc.) shall recover from Christine T. Sipe
 6   its costs of suit in the sum of $_____.
 7
 8        The Clerk is ordered to enter this Judgment.
 9
10
11   Dated: April 28, 2008                 _____
12                                              JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE
```

2